IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-01525-CMA-NYW

TOKIO MARINE KILN SYNDICATES, LTD,

    Plaintiff,

v.

ELECTROLUX HOME PRODUCTS, INC.,
USEONG INTERNATIONAL, and
USEONG ELECTRO MECHANICAL CO., LTD,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE NINA Y. WANG

This matter is before the Court on the July 9 , 2020 Recommendation of United States Magistrate Judge (Doc. # 35) by Nina Y. Wang, wherein Judge Wang recommends that this Court remand the instant matter to the District Court for Larimer County, Case No. 2020CV30294, for lack of federal subject matter jurisdiction. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 35 at 7–8.) Despite this advisement, no objection to Magistrate Judge Wang's Recommendation has been filed by any party.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing the Recommendation of Magistrate Judge Wang, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the Recommendation of United States Magistrate Judge (Doc. # 35) is AFFIRMED and ADOPTED as an Order of this Court. It is

FURTHER ORDERED that the instant action is REMANDED to the District Court for Larimer County, Case No. 2020CV30294, for lack of federal subject matter jurisdiction. It is

FURTHER ORDERED that the Clerk of Court is respectfully directed to close this case.

DATED: July 24, 2020

> BY THE COURT:
>
> _____
> CHRISTINE M. ARGUELLO
> United States District Judge